This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**IN THE MATTER OF THE ESTATE OF BARBARA A. HARRIS, DEBORAH HARRIS-CROLEY, as Personal Representative,**

Respondent-Appellant,

v.                                                          NO. 29,496

**ELBERT BLEVINS, as Persona Representative for the ESTATE OF ROY BLEVINS,**

Petitioner-Appellee.

**APPEAL FROM THE DISTRICT COURT OF CIBOLA COUNTY**
**Camille Martinez Olguin, District Judge**

Tax, Estate & Business Law, N.A., LLC
Jeffrey W. Loubet
Albuquerque, NM

for Appellant

Michael Caplan
Grants, NM

for Appellee

# MEMORANDUM OPINION

**VIGIL, Judge.**

Summary reversal was proposed for the reasons sated in the third calendar notice. No memorandum opposing summary reversal has been filed, and the time for doing so has expired. **REVERSED.**

**IT IS SO ORDERED.**

_____
**MICHAEL E. VIGIL, Judge**

**WE CONCUR:**

_____
**CYNTHIA A. FRY, Chief Judge**

_____
**CELIA FOY CASTILLO, Judge**